IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TOMMY W. STEELE, #4227-15,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:16-CV-359-L** |
| § | |
| **JOHNNY BROWN, Sheriff,** *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER

On February 8, 2017, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the action be dismissed with prejudice under 28 U.S.C. §§ 195(e)(2) and 1915A. No objections to the Report were filed.

Having reviewed the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** this action under 28 U.S.C. §§ 195(e)(2)and 1915A.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. 24(a)(3). In support of this certification, the court **incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). The court **conclude**s that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed

*in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. 24(a)(5).

    **It is so ordered** this 3rd day of April 3, 2017.

                                        Sam A. Lindsay
                                        United States District Judge